IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISON

Court File Number: 5:07CR252-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| THOMAS ERECO CAMERON | |

This matter is before the Court on Defendant's amended motion for leave to file under seal (docket entry No. 84) the proposed sealed documents in docket entry No. 82. The motion to seal is GRANTED for good cause shown. The proposed documents for seal in docket in entry No. 82 shall be filed under seal as requested in Defendant's amended motion to file under seal in docket entry No. 84.

So ordered, this _11_ day of July, 2011

_____
TERRENCE W. BOYLE
United States District Judge

1