UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Thomas Ereco Cameron                           Docket No. 5:07-CR-252-1BO

### Petition for Action on Supervised Release

COMES NOW Christopher Studley, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Thomas Ereco Cameron, who, upon an earlier plea of guilty to Possession With Intent to Distribute and Distribution of More Than 500 Grams of Cocaine, 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on May 29, 2008, to the custody of the Bureau of Prisons for a term of 210 months. On July 6, 2011, the defendant's sentence was reduced to 130 months pursuant to a Rule 35(b) motion. On March 5, 2015, the defendant's sentence was reduced to 104 months pursuant to an 18 U.S.C. § 3582(c)(2) motion for sentence reduction. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Thomas Ereco Cameron was released from custody on October 30, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 19, 2015, Mr. Cameron advised the undersigned officer that he was struggling with anger management problems. Specifically, the defendant was having difficulty with controlling his temper when dealing with his wife and daughter after returning home from incarceration. Mr. Cameron felt that he needed professional help in addressing the anger management problems before matters got beyond his control. The undersigned officer recommends Mr. Cameron undergo a mental health assessment and participate in a treatment program to assist Mr. Cameron in addressing his anger management issues. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Christopher Studley<br>Christopher Studley<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8669<br>Executed On: February 4, 2016 |

Thomas Ereco Cameron
Docket No. 5:07-CR-252-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___4___ day of ___February___, 2016 and ordered, filed, and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge